UNION TRUST COMPANY OF ROCHESTER, Respondent, v. LOUIS P. WILLSEA, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

ANNA NASCA, as Administratrix, etc., of NICHOLAS NASCA, Deceased, Appellant, v. ST. MARY'S ROMAN CATHOLIC CHURCH SOCIETY OF DUNKIRK, NEW YORK, Respondent.— Motion for reargument granted. [See 248 App. Div. 944.] Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

VERNON WEMETT, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

WILLIAM O. JONES, Respondent, v. H. FREEMAN, INC., Defendant, and M-V SHARES, INC., and UTICA GAS AND ELECTRIC COMPANY, Appellants.— Motion to dismiss appeal denied. Inasmuch as H. Freeman, Inc., has paid the plaintiff's judgment and, therefore, because of the provisions of section 211-a of the Civil Practice Act, relating to contribution, has a substantial interest in sustaining the judgments against the appellants, it is to be treated as a respondent upon the appeal. Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.